FILED
FEBRUARY 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Organic Sediment Removal Systems, Limited Liability Company, a Wisconsin Limited liability company, Plaintiff
v.
Brian Pirl and Midwest Caps & Accessories, Inc., d/b/a US Aqua Vac Inc., an Illinois Corporation, Defendant.

Case Number: 08 C 0976

J. N.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Organic Sediment Removal Systems, Limited Liability Company, a Wisconsin Limited liability company

| | |
|---|---|
| NAME (Type or print) Trisha M. Rich | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Holland & Knight LLP | |
| STREET ADDRESS 131 South Dearborn St., 30th Floor | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6288544 | TELEPHONE NUMBER (312) 263-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |