### *United States District Court for the Northern District of Illinois*

Case Number:  08cv976          Assigned/Issued By: j.n.

Judge Name:                    Designated Magistrate Judge:

---

**FEE INFORMATION**

***Amount Due:***   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
          (Type of Writ)

2   Original and  0   copies on 2-25-08   as to midwest caps &
                              (Date)
accessories, inc.; brian pirl
_____

_____