IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORGANIC SEDIMENT REMOVAL SYSTEMS, LIMITED LIABILITY COMPANY, a Wisconsin Limited Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>BRIAN PIRL and MIDWEST CAPS & ACCESSORIES, INC., d/b/a AQUA VAC INC., an Illinois corporation,<br><br>  Defendants. | No. 08 C 976<br><br>Judge Aspen<br><br>Magistrate Judge Nolan |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **May 6, 2008** at **10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Marvin Aspen in Room 2568 at 219 S. Dearborn, Chicago, IL and then and there present the defendants' Motion to Dismiss Plaintiff's Complaint, a copy of which is hereby served upon you.

    BRIAN PIRL and MIDWEST CAPS & ACCESSORIES, INC., d/b/a U. S. AQUA VAC INC.

    By:   /sJenifer H. Caracciolo

David S. Wayne (ARDC #6238327)
Hal R. Morris (ARDC #6191047)
Jenifer H. Caracciolo (ARDC #6280221)
Arnstein & Lehr LLP (*of counsel*)
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

8096512_1.DOC/15102-0001

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 1, 2008, s/he electronically filed Defendants' Motion to Dismiss with the clerk of the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system, which electronically served notification and a copy of such filing to:

Lisa D. Johnson  -  lisa.johnson@hklaw.com

Robert H. Lang  -  rhlang@hklaw.com

Trisha Michelle Rich  -  trisha.rich@hklaw.com

　　　　　　　　　　　　　　　　　　　　 /sJenifer H. Caracciolo

8096512.1