UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Organic Sediment Removal Systems, Limited
Liability Company

                    Plaintiff,

v.                                     Case No.:
                                   1:08−cv−00976
                                   Honorable Marvin E.
                                   Aspen

Brian Pirl, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 2, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/2/08:Plaintiff is to respond to defendant's motion to dismiss [15] on or before 5/20/2008. Defendant is to reply by 5/30/2008. The status hearing set for 5/6/08 is stricken. Ruling is set for 7/3/2008 at 10:30 AM. )Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.