# EXHIBIT A

| Form **BCA-4.15/ 4.20** (Rev. Jan. 2003) | APPLICATION TO ADOPT, CHANGE OR CANCEL, AN ASSUMED CORPORATE NAME | File # 6426-6403 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 782-9520<br>www.cyberdriveillinois.com | **FILED**<br>AUG 24 2006<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>This space for use by Secretary of State<br>Date AUG 24 2006<br>Filing Fee $120.00<br>(See Note Below)<br>Approved: QB |
| Remit payment in check or money order, payable to "Secretary of State". | | |

1. CORPORATE NAME: MIDWEST CAPS AND ACCESSORIES INC

   PAID AUG 2 5 2006 DEPARTMENT OF BUSINESS SERVICES

2. State or Country of Incorporation: ILLINOIS

3. Date incorporated *(if an Illinois corporation)* or date authorized to transact business in Illinois *(if a foreign corporation)*: 03/01 , 2005 .
   (Month & Day)   (Year)

   *(Complete No. 4 and No. 5 if adopting or changing an assumed corporate name.)*

4. The corporation intends to adopt and to transact business under the assumed corpo  CP0403050

   U S AQUA VAC INC.

5. The right to use the assumed corporate name shall be effective from the date this application is filed by the Secretary of State until 05/01/ , 2007 , the first day of the corporation's anniversary
   (Month & Day)   (Year)
   month in the next year which is evenly divisible by five.

   *(Complete No. 6 if changing or canceling an assumed corporate name.)*

6. The corporation intends to cease transacting business under the assumed corporate name of:
   MIDWEST CAPS AND ACCESSORIES INC.

7. The undersigned corporation has caused this statement to be signed by a duly authorized officer who affirms, under penalties of perjury, that the facts stated herein are true.

   Dated 8/16, 2006          MIDWEST CAPS AND ACCESSORIES INC
         (Month & Day)  (Year)           (Exact Name of Corporation)

   X _____
      (Any Authorized Officer's Signature)

   BRIAN PIRL
   (Type or Print Name and Title)

NOTE:  The filing fee to adopt an assumed corporate name is $150 if the current year ends with either 0 or 5, $120 if the current year ends with either 1 or 6, $90 if the current year ends with either 2 or 7, $60 if the current year ends with either 3 or 8, $30 if the current year ends with either 4 or 9.
The fee for canceling an assumed corporate name is $5.00.
The fee to change an assumed name is $25.00.

ID: 3045

File Number 6426-640-3



## To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR MIDWEST CAPS & ACCESSORIES INC..



**In Testimony Whereof,** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this   19TH   day of   MAY   A.D.   2008

*Jesse White*

SECRETARY OF STATE

Authentication #: 0814001151
Authenticate at: http://www.cyberdriveillinois.com