**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Organic Sediment Removal Systems, Limited Liability Company

          Plaintiff,

v.

          Case No.: 1:08−cv−00976
          Honorable Marvin E. Aspen

Brian Pirl, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen:Defendants' Motion (Doc. No. 19) for extension of time to file reply in support of their motion to dismiss plaintiff's complaint, until 6/9/08, is granted. Motion terminated. The ruling date set for 7/3/08 is reset to 7/24/08 at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.