IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORGANIC SEDIMENT REMOVAL SYSTEMS, LIMITED LIABILITY COMPANY, a Wisconsin Limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN PIRL and MIDWEST CAPS & ACCESSORIES, INC. d/b/a U S AQUA VAC INC., an Illinois Corporation,<br><br>Defendants. | Case No. 1:08-cv-00976<br><br>Hon. Marvin E. Aspen<br><br>**JURY DEMANDED** |

### DECLARATION OF ANDY ABRAMSON

Under the penalties of perjury as set forth in 28 U.S.C. § 1746, if called upon, I could competently testify as follows:

1. I am over 18 years of age and mentally competent to make this Declaration. This Declaration is based in large part on my own personal knowledge.

2. I am a private investigator duly licensed in the State of Illinois.

3. At various dates in May and June, 2008, I took surveillance of two locations in Rockford, Illinois ("Locations") where I verified that the Defendant corporation ("US") was performing services involving the cleaning a lake and a pond located at the Locations. The Locations were a City of Rockford beach area and a golf course. Attached hereto as Attachment 1 are true and correct copies of photographs showing US' presence at the Locations.

4. Attached hereto as Attachment 2 are true and correct copies of photographs showing equipment used by US at the Locations in May and June, 2008.

5. Attached hereto as Attachment 3 are true and correct copies of other photographs showing equipment used by US at the Locations in May and June, 2008.

6. I was not asked in any way to manipulate or edit my photographs, or to take surveillance in any particular way other than to obey all laws when taking my surveillance.

_____
Andy Abramson

# 5471934_v1

# NOTICE

**ATTACHMENTS TO DECLARATION CONTAIN CONFIDENTIAL TRADE SECRET INFORMATION**

**PLAINTIFF HAS REQUESTED LEAVE OF COURT TO FILE ATTACHMENTS UNDER SEAL AND WILL DO SO ONCE SUCH LEAVE IS GRANTED**