IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORGANIC SEDIMENT REMOVAL SYSTEMS, LIMITED LIABILITY COMPANY, a Wisconsin Limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>BRIAN PIRL and MIDWEST CAPS & ACCESSORIES, INC. d/b/a U S AQUA VAC INC., an Illinois Corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. Case No. 1:08-cv-00976<br>)<br>) Hon. Marvin E. Aspen<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

**TO:**   Counsel of Record

On **Thursday, July 31, 2008, at 10:30 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen, or any judge in his stead, in the courtroom usually occupied by him in Room 2568, at 219 South Dearborn, Chicago, Illinois 60604, and present **Plaintiffs' Motion for Preliminary Injunction.**

Dated:  July 28, 2008

                Respectfully submitted,

                PLAINTIFF ORGANIC SEDIMENT
                REMOVAL SYSTEMS, INC.,

           By: */s/ Lisa D. Johnson*
              One of its Attorneys

Robert H. Lang (6225414)
Lisa D. Johnson (6280293)
HOLLAND & KNIGHT LLP
131 S. Dearborn, St., 30th Fl.
Chicago, Illinois 60603
Tel: (312) 263-3600
Fax: (312) 578-6666

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 28, 2008, a copy of the foregoing **Notice of Motion** and **Motion for Preliminary Injunction** was served via the Electronic Filing system upon all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Lisa D. Johnson_____

# 5261710_v1