UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Organic Sediment Removal Systems, Limited Liability Company

          Plaintiff,

v.

          Case No.: 1:08−cv−00976
          Honorable Marvin E. Aspen

Brian Pirl, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen dated 7/29/08: Plaintiff's motion for expedited discovery (25); Plaintiff's motion for leave to file material under seal (27); and Plaintiff's motion for preliminary injunction (23) noticed for hearing for 7/31/08 is stricken. Future date to follow. The motion hearing set for 7/31/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.