# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 976 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Organic Sediment Removal Systems vs. Brian Pirl, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/14/2008. Motion for preliminary injunction [23] entered and continued for briefing. Response to be filed by or on 11/18/2008; reply 12/9/2008. Date for hearing to be set thereafter. Plaintiff's motion for expedited discovery [25] granted. Written discovery may be served within 7 days. Deposition discovery to be completed by 10/27/2008. Plaintiff's motion for leave to file materials under seal [27] granted. All attachments (including manual and photographs) may be filed under seal and reviewed by counsel only.

Notices mailed by Judicial staff.

00:07

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-00976   Document 32   Filed 08/14/2008   Page 1 of 1

08C976 Organic Sediment Removal Systems vs. Brian Pirl, et al                                                                 Page 1 of 1