IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORGANIC SEDIMENT REMOVAL SYSTEMS, LIMITED LIABILITY COMPANY, a Wisconsin Limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN PIRL and MIDWEST CAPS & ACCESSORIES, INC. d/b/a U S AQUA VAC INC., an Illinois Corporation, <br><br> Defendants. | Case No. 1:08-cv-00976 <br><br> Hon. Rebecca R. Pallmeyer <br><br> **JURY DEMANDED** |

**AGREED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Organic Sediment Removal Systems, LLC ("Plaintiff" or "Organic Sediment") and Defendants Brian Pirl ("Pirl") and Midwest Caps & Accessories, Inc. d/b/a US Aqua Vac Inc. ("US") (collectively "Defendants"), having mutually and jointly agreed that such protective order is required to protect the secrecy of alleged confidential, proprietary and/or trade secret documents requested and produced in this matter, hereby request that the court enter the Stipulated Protective Order filed herewith.

Dated:  August 22, 2008

Respectfully submitted,

PLAINTIFF ORGANIC SEDIMENT
REMOVAL SYSTEMS, INC.,

By:   */s/ Lisa D. Johnson*
         One of its Attorneys

Robert H. Lang (6225414)
Lisa D. Johnson (6280293)
HOLLAND & KNIGHT LLP
131 S. Dearborn, St., 30th Flr.
Chicago, Illinois 60603
Tel: (312) 263-3600
Fax: (312) 578-6666

# 4447135_v1