# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ORGANIC SEDIMENT REMOVAL SYSTEMS, LIMITED LIABILITY COMPANY, a Wisconsin Limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>BRIAN PIRL and MIDWEST CAPS & ACCESSORIES, INC. d/b/a U S AQUA VAC INC., an Illinois Corporation,<br><br>            Defendants. | Case No. 1:08-cv-00976<br><br>Hon. Rebecca R. Pallmeyer<br><br>**JURY DEMANDED** |

## NOTICE OF AGREED MOTION

**PLEASE TAKE NOTICE** that on **August 27, 2008**, starting at **8:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2119 in the U.S. District Court for the Northern District of Illinois, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, for a hearing on the attached **Agreed Motion For Protective Order**, a copy of which is hereby served upon you.

                                                Respectfully submitted,

                                                PLAINTIFF ORGANIC SEDIMENT
                                                REMOVAL SYSTEMS, INC.,

                         By:     */s/ Lisa D. Johnson*
                                   One of its Attorneys

Robert H. Lang (6225414)
Lisa D. Johnson (6280293)
HOLLAND & KNIGHT LLP
131 S. Dearborn, St., 30th Flr.
Chicago, Illinois 60603
Tel: (312) 263-3600
Fax: (312) 578-6666

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 22, 2008, a copy of the foregoing **Notice of Motion** and **Motion for Entry of Agreed Protective Order** was served via the Electronic Filing system upon all counsel of record.

                                                                                                                        _/s/ Lisa D. Johnson_

\# 4447135_v1